UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEONDRALAN BENNETT,<br><br>            Plaintiff,<br><br>   v.<br><br>CAMPBELL UNION SCHOOL DISTRICT,<br><br>            Defendant. | Case No.  24-cv-01497-VKD<br><br>**ORDER REFERRING CASE AND REQUEST TO CONSIDER WHETHER CASES ARE RELATED** |

On March 11, 2024, plaintiff Keondralan Bennett filed this complaint and petition for attorneys' fees and expenses against the Campbell Union School District ("CUSD").  Dkt. No. 1. Ms. Bennett seeks fees and other relief as the prevailing party in a due process hearing before the Office of Administrative Hearings ("OAH") for the State of California, *Parent on Behalf of Student v. Morgan Hill Unified School District AND Campbell Union School District*, Case No. 2023100744.  Concurrently with this action, CUSD has filed a separate action appealing the same OAH decision, and that action is pending before United States Magistrate Judge Nathanael Cousins.  *See Campbell Union School District v. Bennett et al*, Case No. 5:24-cv-01204-NC, Dkt. No. 1.

Pursuant to Civil Local Rule 3-12(a), a case may be related if: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Here, both actions arise from the same underlying OAH decision and thus concern "the same parties…[and] event."  Furthermore, Ms. Bennett's claims in this action are premised upon her status as the prevailing party at the OAH hearing.  Dkt. No. 1.

In view of CUSD's pending appeal of that OAH decision, there is the possibility of "conflicting results" if the cases are not related.

Accordingly, the undersigned refers this action to Judge Cousins to consider whether the cases are related pursuant to Civil Local Rule 3-12(c).

**IT IS SO ORDERED.**

Dated: July 22, 2024

Virginia K. DeMarchi
United States Magistrate Judge